870

No. 02–11348. EAST v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11349. COOPER v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 02–11350. COWARD v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–11351. MORGAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–11352. POLLARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11353. WEMARK v. MATHES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–11354. SANDERS v. BOOKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–11355. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11357. SMITH v. GALES ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 02–11358. O'NEIL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11359. PURDIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11360. WARD v. BEELER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–11361. WRIGHT v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–11362. DUDLEY v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.